United States District Court
Southern District of Texas
**ENTERED**
June 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARIA CONCEPCION SERNA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-217 |
| § | |
| PALOMAR SPECIALTY INSURANCE § | |
| COMPANY, *et al*, § | |
| § | |
| Defendants. § | |

## **ORDER**

Now before the Court is the Parties' Agreed Motion for Remand, (Dkt. No. 5), and the Court, upon review of the motion, finds that the Agreed Motion for Remand is meritorious and should be granted; accordingly, it is,

**ORDERED** that Agreed Motion for Remand is **GRANTED**. The clerk shall immediately remand the above styled suit to the 332nd Judicial District Court in Hidalgo County, Texas.

SO ORDERED this 14th day of June, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge